HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BEN COFFMAN,

          Plaintiff,

v.

ENCEPHALON, INC. d/b/a
https://drjoedispenza.com; and DOES 1 through
25 inclusive,

         Defendant.

No. 3:20-cv-05564-BHS

CORPORATE DISCLOSURE
STATEMENT

## CERTIFICATE OF INTERESTED PERSONS AND
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

   Encephalon, Inc. ("Defendant"), by and through its undersigned counsel, respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to Fed. R. Civ. P. 7.1(a) and states as follows:

   Under Fed. R. Civ. P. 7.1(a), any non-governmental corporate party or other legal entity to a proceeding before this Court must file a statement identifying all its parent entities and listing any publicly held entity that owns 10% or more of the party's stock.

**RESPONSE**: Defendant hereby certifies that it does not have any parent corporation or any publicly held corporation that owns 10% or more of Defendant's stock.

M c G A V I C K
G R A V E S
A Professional Services Corporation
1102 Broadway, Suite 500 ● Tacoma, Washington 98402
Telephone (253) 627-1181 ● Fax (253) 627-2247

1    **WHEREFORE**, Defendant hereby submits this Certificate of Interested Persons and

2    Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

3                McGAVICK GRAVES, P.S.

4

5                By: */s/ Lori M. Bemis*
                    Lori M. Bemis, WSBA No. 32921

6                    *Attorney for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CORPORATE DISCLOSURE STATEMENT - 2
No. 20-05564-BHS

**McGAVICK
GRAVES**
A Professional Services Corporation
1102 Broadway, Suite 500 ● Tacoma, Washington 98402
Telephone (253) 627-1181 ● Fax (253) 627-2247