UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEN COFFMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>ENCEPHALON, INC. d/b/a https://drjoedispenza.com; and DOES 1 through 25 inclusive,<br><br>                  Defendants. | Case No. **2:20-cv-00911**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Ben Coffman and or his counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendant(s) Encephalon, Inc. d/b/a https://drjoedispenza.com; and DOES 1 through 25 inclusive.

Dated: October 14, 2020                  Respectfully submitted,

                                                                        **/s/ Mathew K. Higbee**
                                                                        Mathew K. Higbee, Esq.
                                                                        State Bar No. 42755
                                                                        **HIGBEE & ASSOCIATES**
                                                                        1504 Brookhollow Dr., Ste 112
                                                                        Santa Ana, CA 92705-5418
                                                                        (714) 617-8350
                                                                        (714) 597-6559 facsimile
                                                                        *Attorney for Plaintiff*